DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | CASE NO. 1:95 CR 125 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT ENTRY |
| | ) | |
| Andre Badley, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, the defendant's motion for a reduction of his sentence based on Amendment 706 adopted by the United States Sentencing Commission is DENIED.  The motion of the defendant for an order setting aside his life sentence without parole as constituting cruel and unusual punishment in violation of the Eighth Amendment is DENIED.

The motion of the defendant for a reduction of his sentence based on the Fair Sentencing Act of 2010 is DENIED.

IT IS SO ORDERED.

| | |
|---|---|
| October 22, 2010 | /s/ David D. Dowd, Jr. |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |