First Step Act of 2018 (Dec. 21, 2018), Application of Fair Sentencing Act

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF OHIO

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:95cr125 |
| Andre Badley | ) | USM No. 35563-060 |

09/18/1997  
Date of Previous Judgment

Jeffrey B. Lazarus  
Defendant's Attorney

### Order for Sentence Reduction Pursuant to Section 404 of the First Step Act of 2018

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the attorney for the Government, or ☐ the Court for a reduced sentence based on the statutory penalties which were modified by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time defendant's offense was committed. Having considered such motion, and taking into account the First Step Act of 2018,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of Life **is reduced to** TIME SERVED.

**I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:**

Previous Sentence Imposed: Life  
Amended Sentence: TIME SERVED (120 months, concurrent, w/ credit for time served since 2/28/1995)

Previous Supervised Release Term Imposed: 5 years  
Amended Supervised Release Term: 8 years

Previous Underlying Sentence Imposed: Life  
Amended Underlying Sentence: 120 months

**II. SENTENCE RELATIVE TO AMENDED TERMS:**

☑ Conditions of supervised release set forth in judgment are to remain in effect.  
☐ Conditions of supervised release are as follows:

**II. ADDITIONAL COMMENTS:**  
☑ Waiver of Appearance of Defendant for resentencing hearing (see motion re: waiver).

Except as provided above, all provisions of the judgment dated 09/18/1997 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 2/15/2019

s/Dan Aaron Polster  
Judge's Signature  
United States District Judge